**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.  06-208** |
| | : | |
| **v.** | : | |
| | : | |
| **FRANK BERKELEY** | : | |
| **Defendant.** | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant

United States Attorney Perham Gorji at telephone number 202-353-8822 and/or email address

Perham.Gorji.@usdoj.gov  Perham Gorji  will substitute for Assistant United States Attorney

Steve Wasserman  as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney

---

Perham Gorji
Assistant United States Attorney
Federal Major Crimes,
Delaware Bar No. 3737
555 4th Street, NW,  Room 4233
Washington, DC 20530
202-353-8822