UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-208 (GK) |
| : | |
| FRANK BERKELEY : | |
| : | |
| Defendant. : | |
| : | |

NOTICE OF FILING

The government requests that the attached discovery letter, dated August 2, 2006, without enclosures, be made part of the record in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

By: _____
Perham Gorji
Assistant United States Attorney
Delaware Bar No. 3737
U.S. Attorney's Office
555 4th Street, N.W., Rm. 4233
Washington, D.C. 20530
(202) 353-8822

Certificate of Service

I hereby certify that a copy of the Notice of Filing and discovery letter dated August 2, 2006, with enclosures, were served upon counsel of record for the defendant, Douglas Wood, Esq., 6801 Kenilworth Avenue, Suite 202, Riverdale, Maryland 20737, by hand to Mr. Wood's investigator, Kyle Obenour, this __2nd__ day of August, 2006.

_____
Assistant United States Attorney