IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | 06-cr-208 |
| | : | |
| **Frank Berkeley** | : | |

<u>LINE ENTERING APPEARANCE</u>

Please enter the appearance of Douglas J. Wood, and the law firm of Roberts & Wood, for defendant Frank Berkeley.

                                        Respectfully submitted,

                                                  /s/

                                      _____
Douglas J. Wood, #965-830
Roberts & Wood
6801 Kenilworth Avenue, Suite 202
Riverdale, MD 20737
(301) 699-0764