IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| **v.** | : | **Case Number: 06-cr-208** |
| **Frank Berkeley** | : | |

**NOTICE OF FILING**

The Defendant, through counsel, respectfully submits the attached proposed order relating to an oral motion to transfer the defendant to the Central Treatment Facility.

    Respectfully submitted,

    /s/

_____
Douglas J. Wood
Roberts & Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, MD 20737
(301) 699-0764