IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | **FILED** |
| v. | : 06-208 (GK) | SEP 1 5 2006 |
| FRANK BERKELEY | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

ORDER

_____Upon consideration of the Defendant's oral Motion for Transfer to Central Treatment Facility, it is this 15th day of September 2006, hereby

ORDERED that the defendant, Frank Berkeley (D.C. #299-090), shall be transferred forthwith to the Central Treatment Facility.

Gladys Kessler
Judge Gladys Kessler

cc:

Douglas J. Wood
Roberts & Wood
6801 Kenilworth Ave. Suite 202
Riverdale, MD 20737

AUSA Perham Gorji
Office of the United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530

