UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-208 (GK) |
| | : | |
| v. | : | |
| | : | |
| FRANK BERKELEY, | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| | : | and §841(b)(1)(A)(iii) |
| Defendant. | : | (Distribution of 50 Grams or More |
| | : | of Cocaine Base) |

**FILED**

SEP 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### STATEMENT OF OFFENSE

Were the Government to go to trial in the above-captioned case, the Government would prove the following facts beyond a reasonable doubt:

On August 2, 2005, agents from the United States Drug Enforcement Administration ("DEA") and the Metropolitan Police Department ("MPD") met with a Confidential Source (hereafter referred to as "CS"), regarding the purchase of approximately sixty-two (62) grams of crack cocaine from the defendant, FRANK BERKELEY. At approximately 1:30 p.m. the CS placed a telephone call to FRANK BERKELEY'S cellular telephone, telephone number (240) 603-8934, regarding the purchase of approximately 62 grams of cocaine. FRANK BERKELEY informed the CS that the price would be seventeen hundred ($1700.00), plus two hundred ($200.00) owed from a prior debt. At approximately 1:40 p.m., agents followed the CS to the 1000 block of 44th Street, N.E., Washington, D.C., the pre-determined meet location. At approximately 1:35 p.m., FRANK BERKELEY arrived in the 1000 block of 44th Street, N.E., Washington, D.C., in a multi-colored Chevrolet Caprice bearing Maryland license plate number 4AYY65. FRANK BERKELEY exited the driver's side and entered the CS's vehicle, where he sat in the front passenger seat and engaged in a conversation about the CS buying between an eighth of a kilo (1/8) and a half of a kilo (½).

FRANK BERKELEY handed the CS a clear plastic wrap containing approximately 62 grams of suspected crack cocaine, in exchange for nineteen hundred ($1,900.00) dollars of pre-recorded DEA funds. FRANK BERKELEY exited the CS's vehicle, and both parties drove away. That suspected crack cocaine was seized by law enforcement officers and later submitted for chemical analysis. A chemical analysis of the suspected crack cocaine conducted by the DEA Mid-Atlantic Laboratory confirmed that the substance provided by FRANK BERKELEY to the CS was cocaine base, also known as crack cocaine, and weighed 62.2 grams.

On September 21, 2005, at approximately 11:35 a.m., BERKELEY contacted the CS via telephone regarding the purchase of 62 grams of crack cocaine. BERKELEY advised the CS he would be there (referring to the 1700 block of Benning Road, N.E., Washington, D.C.) by 12:00 p.m. At approximately 12:10 p.m., agents observed BERKELEY arrive at the 1700 block of Benning Road, N.E., Washington, D.C., in a multi-colored Chevrolet two-door Oldsmobile with a rag top, bearing Maryland license plate MNS-216. BERKELEY exited the driver's side and entered the CS's vehicle and sat in the right rear passenger seat and engaged in a conversation. The CS introduced BERKELEY to an undercover agent (hereafter referred to as "UC") and they shook hands. BERKELEY advised the CS to drive around the parking lot and BERKELEY handed the UC a clear plastic wrap containing approximately 62 grams of suspected crack cocaine, in exchange for seventeen hundred ($1,700.00) dollars. Moments later, BERKELEY exited the CS's vehicle, walked back to his vehicle, and exited the area. The suspected crack cocaine was seized by law enforcement officers and was later submitted for chemical analysis. A chemical analysis of the suspected crack cocaine conducted by the DEA Mid-Atlantic Laboratory confirmed that the substance provided by FRANK BERKELEY to the CS was cocaine base, also known as crack cocaine, and weighed approximately 61.8 grams.

The defendant was indicted for the above-described drug transactions and a warrant was issued for his arrest on July 11, 2006. FRANK BERKELEY was arrested on July 19, 2006, outside his residence, at 7002 Annapolis Road, Landover Hills, Maryland, as BERKELEY approached and began to enter a Dodge Durango bearing Maryland license plate number 655M797, which is registered to BERKELEY's father, James Siebert. During the search of FRANK BERKELEY incident to arrest, agents seized approximately 31 grams of suspected crack cocaine from the right pocket of BERKELEY'S cargo shorts. Agents also seized a handgun located on the front floorboard of the passenger side of the Dodge Durango inside a canvas Adidas bag. The handgun was a Taurus 9mm with a round in the chamber and an additional 12 rounds in the magazine. Additionally, agents seized $91,980 in U.S. currency, wrapped with rubber bands, from the front passenger's seat in a canvas bag. A blue and black Sprint Sanyo MM-7500 cellular telephone, telephone number (910) 795-7627, was also recovered from the front passenger side of the Dodge Durango. According to the defendant's father, BERKELEY has had sole possession of the 1999 Dodge Durango since mid-June 2006.

### DEFENDANT'S ACKNOWLEDGMENT

I have read and discussed the Statement of Offense in the above-captioned case, 06-208 (GK), with my attorney, Douglas Wood, Esquire. I agree, and acknowledge by my signature that this Statement of Offense is true and correct.

Date: 9/29/06

_____
Frank Berkeley, Defendant

Date: 9/29/06

_____
Douglas Wood, Esq.
Attorney for Defendant Douglas Wood

3