UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :
                                   :
                                   :
    v.                             :   Criminal No. 06-208 (GK)
                                   :
                                   :   **FILED**
FRANK BERKELEY,                    :
                                   :   SEP 2 9 2006
        Defendant.                 :
                                   :   NANCY MAYER WHITTINGTON, CLERK
_____:       U.S. DISTRICT COURT

## ORDER

It is hereby this 29th day of Sept., 2006,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than *By Dec 15, 2006*, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than *Dec 19* by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on *Dec 20, 2006 at 4:15 p.m.*

**IT IS SO ORDERED.**

_____
Gladys Kessler
U.S. District Judge