UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 06CR00208-GK-1 |
| | : | Sentencing: December 20, 2006 |
| **FRANK BERKELEY** | : | Judge Gladys Kessler |
| | : | |
| **Defendant.** | : | |

==============================

## MOTION FOR SUBSTITUTION OF COUNSEL

FRANK BERKELEY, by and through undersigned counsel, Billy L. Ponds, of the Ponds Law Firm, and Harry Tun, respectfully submit this Motion for Substitution of Counsel and request that the Court issue an Order granting this Motion for Substitution of Counsel. As grounds for this request, the defendant states as follows:

The undersigned attorneys were recently retained to represent Mr. Frank Berkeley in the above-captioned case. Mr. Berkeley desires to have the appearance of his current attorney, Mr. Douglas James Wood, Esquire, withdrawn as his counsel of record in this case.

Accordingly, it is Mr. Berkeley's request that the appearance of Mr. Wood be withdrawn as counsel of record and substituted by the undersigned attorneys in this case.

WHEREFORE, for the above-stated reasons, the defendant respectfully requests that the Court grant the Motion for Substitution of Counsel.

                   Frank Berkeley
                   By Counsel

Respectfully submitted,

  /S/     Billy L. Ponds_____
Billy L. Ponds
The Ponds Law Firm
Bar No.: 379883
3218 O Street, NW
Suite Two
Washington, D.C. 20007
202-333-2922

   /s/   Harry Tun_____
Harry Tun
Bar No.: 416262
400 Fifth Street, NW
Suite 300
Washington, DC 2001
(202) 393-2882

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of this Motion for Substitution of Counsel was sent via facsimile and first class mail to Perham Gorji and Steven B. Wasserman, Office of the United States Attorney, 555 4th Street, NW, Washington, D.C. 20530 and via facsimile and first class mail to Douglas J. Wood, 6801 Kenilworth Avenue, Suite 202, Riverdale, Maryland 20737 on this 5th day of October 2006.

_____/s/ Harry Tun_____
Harry Tun

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Criminal Division-Felony Branch

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No.: 06CR00208-GK-1** |
| : | **Sentencing: December 20, 2006** |
| **FRANK BERKELEY** : | **Judge Gladys Kessler** |
| : | |
| **Defendant.** : | |

===============================

## ORDER

THIS CAUSE having come before the Court on the Motion for Substitution of Counsel, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that the Motion for Substitution of Counsel is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the appearance of Billy L. Ponds, Esquire and Harry Tun, Esquire replace Douglas James Wood, Esquire as counsel of record.

_____
JUDGE

cc:   Billy L. Ponds
       The Ponds Law Firm
       3218 O Street, N.W.
       Suite Two
       Washington, D.C.  20007

       Harry Tun
       400 Fifth Street, N.W.
       Suite 300
       Washington, D.C. 20001

Perham Gorji and Steven B. Wasserman
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Douglas James Wood
Roberts and Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, MD 20737