UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 06CR00208-GK-1 |
| | : | Sentencing: December 20, 2006 |
| FRANK BERKELEY | : | Judge Gladys Kessler |
| | : | |
| Defendant. | : | |

==============================

### PRAECIPE

TO THE CLERK OF THE AFORESAID COURT:

    Kindly note the appearance of the below-signed attorneys as counsel of record for the Frank Berkeley in this case.

                                            Frank Berkeley
                                            By Counsel

                                            Respectfully submitted,

                                            __/S/ Billy L. Ponds_____
                                            Billy L. Ponds
                                            The Ponds Law Firm
                                            Bar No.: 379883
                                            3218 O Street, NW
                                            Suite Two
                                            Washington, D.C. 20007
                                            202-333-2922

                                            _____/s/ Harry Tun____
                                            Harry Tun
                                            Bar No.: 416262
                                            400 Fifth Street, NW
                                            Suite 300
                                            Washington, DC 2001
                                            (202) 393-2882

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and complete copy of this Praecipe was sent via first class mail to Perham Gorji and Steven B. Wasserman, Office of the United States Attorney, 555 4th Street, NW, Washington, D.C. 20530 and via facsimile and first class mail to Douglas J. Wood, 6801 Kenilworth Avenue, Suite 202, Riverdale, Maryland 20737 on this 5th day of October 2006.

                                                                   /s/ Camila Pachon
                                                                   Camila Pachon