## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 06CR00208-GK-1 |
| | : | Sentencing: December 20, 2006 |
| **FRANK BERKELEY** | : | Judge Gladys Kessler |
| | : | |
| **Defendant.** | : | |

==============================

### PRAECIPE

TO THE CLERK OF THE AFORESAID COURT:

    Kindly note the appearance of the below-signed attorneys as counsel of record for the Frank Berkeley in this case.

                  Frank Berkeley
                  By Counsel

                  Respectfully submitted,

                __/S/ Billy L. Ponds_____
                Billy L. Ponds
                The Ponds Law Firm
                Bar No.: 379883
                3218 O Street, NW
                Suite Two
                Washington, D.C. 20007
                202-333-2922

                _____/s/ Harry Tun____
                Harry Tun
                Bar No.: 416262
                400 Fifth Street, NW
                Suite 300
                Washington, DC 2001
                (202) 393-2882

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of this Praecipe was sent via first class mail to Perham Gorji and Steven B. Wasserman, Office of the United States Attorney, 555 4th Street, NW, Washington, D.C. 20530 and via facsimile and first class mail to Douglas J. Wood, 6801 Kenilworth Avenue, Suite 202, Riverdale, Maryland 20737 on this 5th day of October 2006.

                                                               /s/ Camila Pachon
                                                             Camila Pachon