IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | Cr No:06-208 (GK) |
| v. : | |
| **Frank Berkeley** : | |

## MOTION TO WITHDRAW AS COUNSEL FOR THE DEFENDANT

Douglas J. Wood, counsel for the defendant, moves for leave to withdraw as the attorney for the defendant. Counsel has learned from Mr. Billy Ponds and Mr. Harry Tun that they have been retained to represent the defendant in this case and that the defendant requests that this counsel withdraw from the case. Counsel has learned that both Mr. Ponds and Mr. Tun have entered their appearance in this case.

### CONCLUSION

Based on the above, counsel would request leave to withdraw from the defendant's case.

Respectfully submitted,

_____
Douglas J. Wood
Roberts & Wood
Suite 202
6801 Kenilworth Ave.
Riverdale, MD 20737
(301) 699-0764

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Withdraw has been served by mail, postage prepaid, on

Office of the United States Attorney
555 4th Street, NW
Washington, D.C. 20530

_____
Douglas J. Wood