IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| | :   Cr No:06-208 (GK) |
| v. | : |
| **Frank Berkely** | : |

PROPOSED ORDER

Upon consideration of the Motion to Withdraw the appearance of Douglas J. Wood , good cause having been advanced, it is this _____ day of _____, 2006, hereby

ORDERED that the motion is granted.


cc:
Douglas J. Wood
Roberts & Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, MD 20737


Office of the United States Attorney
555 4th Street, NW
Washington, D.C. 20530