## COURT OF THE DISTRICT OF COLUMBIA
### Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.: 06CR00208-GK-1 |
| : | Sentencing: December 20, 2006 |
| FRANK BERKELEY : | Judge Gladys Kessler |
| : | |
| Defendant. : | |

FILED
OCT 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

THIS CAUSE having come before the Court on the Motion for Substitution of Counsel, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of October _____, 2006,

ORDERED, that the Motion for Substitution of Counsel is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the appearance of Billy L. Ponds, Esquire and Harry Tun, Esquire replace Douglas James Wood, Esquire as counsel of record.

_Gladys Kessler_
JUDGE

cc: Billy L. Ponds
The Ponds Law Firm
3218 O Street, N.W.
Suite Two
Washington, D.C. 20007

Harry Tun
400 Fifth Street, N.W.
Suite 300
Washington, D.C. 20001

Perham Gorji and Steven B. Wasserman
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Douglas James Wood
Roberts and Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, MD 20737