UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-208 (GK) |
| | : | |
| FRANK BERKELEY | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this motion to continue the sentencing in the above captioned case, currently scheduled for December 20, 2006, at 4:15 p.m., until January 10, 2007, or a date thereafter convenient for the parties and the Court. In support of this motion, the government states as follows:

1.  On Sepetember 29, 2006, the defendant entered a plea of guilty in the above captioned case to Unlawful Distribution of 50 Grams or More of Cocaine Base, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii). At the end of the plea hearing, the undersigned Assistant U.S. Attorney requested that sentencing be set in January 2007. At the time, the defendant was represented by attorney Douglas Wood, Esquire, who requested that the sentencing take place in December 2006, based on his scheduling needs. The Court set the sentencing in this case for December 20, 2006, at 4:15 p.m.

2.  With leave from the Court, Mr. Wood has since withdrawn as counsel of record, and the defendant is now represented by Harry Tun, Esquire, who has entered his appearance in this case on behalf of the defendant.

3.      A continuance of the sentencing to January 8, 2007, or a date thereafter, would enable the undersigned Assistant U.S. Attorney to remain assigned to this case, respond to the Presentence Investigation Report and file a timely memorandum in aid of sentencing.

4.      The Government has conferred with defense counsel, Mr. Harry Tun, Esquire, regarding this motion to continue the sentencing date. The defense does not oppose the government's request, and is available on January 8, 2007, and January 12, 2007. The Government is available on those dates, except for a sentencing hearing on January 8, 2007, at 10:00 a.m., and a short status hearing scheduled for January 12, 2007, at 9:30 a.m.

WHEREFORE, it is respectfully requested that this motion be granted, and that the sentencing date in the above captioned case be continued until January 8, 2007, or a date thereafter convenient for the parties and the Court.

Respectfully submitted,
JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
Bar No. 451-058

_____
By:    PERHAM GORJI
ASSISTANT U.S. ATTORNEY
Delaware Bar No. 3737
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-8822
perham.gorji@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of this motion has been served by first class mail upon counsel of record for the defendant, Harry Tun, Esquire, 400 Fifth Stree,t N.W., #300, Washington, D.C. 20001, this ___ day of October, 2006.

_____
Assistant United States Attorney