CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001

| | |
|---|---|
| UNITED STATES : | |
| : | Criminal No. 06-208 (GK) |
| *v*. : | |
| : | |
| FRANK BERKELEY : | |
| : | |

**CONSENT MOTION FOR CONTINUANCE**

The Defendant Frank Berkeley (hereinafter "Berkeley"), by and through the undersigned counsel and asks this Court to continue the sentencing date now set for December 20th, 2006, at 4:15 p.m., until February 16th, 2007, in support of this motion the defendant states as follows:

1. On October 5th, 2006, undersigned counsels filed a Motion for Substitution of Counsel to enter their appearance as attorneys of record for Mr. Berkeley.

2. On October 9th, 2006, this Honorable Court granted this motion.

3. On October 12th, 2006, government counsel, Perham Gorji filed an unopposed motion to continue Mr. Berkeley's sentencing to January 10th, 2007 or thereafter at a dated convenient to the parties.  Government counsel did contact the undersigned for possible dates and the undersigned consented to the government's motion to continue.  However, undersigned counsel has learned that January 10th 2007 is no longer available date for undersigned counsel as suggested by the government, due to other trial matters.  Moreover, after receiving the file from Mr. Berkeley's prior counsel, Douglas Woods, undersigned counsel has learned that there may be matters that need to be investigated with the possibility of filing motions on behalf of Mr. Berkeley.

4.       Undersigned Counsel for Mr. Berkeley has directly spoken to Assistant U.S. Attorney Perham Gorji and he is unopposed to this motion and continuing the sentencing for the date February 16th, 2006.

5.       Further, undersigned counsel was contacted by the probation officer who is assigned to Mr. Berkley's case.  Due to the delay in this case, the probation officer stated that the report will not be ready until January, 2007.  It is undersigned counsel understanding that the probation officer is going to request the sentencing date in early February of 2006.

Wherefore counsel for Mr. Berkeley, requests that this motion be granted.  A proposed Order is attached.

Respectfully submitted,

/s/ Harry Tun
Harry Tun DC#416262
400 Fifth Street, N.W., Suite 300
Washington, DC 20001
202-393-2882

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd, day of November, 2006, a copy of the foregoing to be delivered by electronic e-mail to Perham Gorji, Assistant United States Attorney, Federal Major Crimes Section, 555 Fourth Street, N.W., Washington, D.C. 20530.

/s/ Harry Tun
Harry Tun, Esquire