SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Criminal Division-Felony Branch

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 06CR00208-GK-1 |
| | : | Sentencing: December 20, 2006 |
| **FRANK BERKELEY** | : | Judge Gladys Kessler |
| | : | |
| **Defendant.** | : | |

===============================

## ORDER

THIS CAUSE having come before the Court on the Motion for Substitution of Counsel, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that the Motion for Substitution of Counsel is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the appearance of Billy L. Ponds, Esquire and Harry Tun, Esquire replace Douglas James Wood, Esquire as counsel of record.

_____                                                                                             _____
                                                                                                                          JUDGE

cc:   Billy L. Ponds
      The Ponds Law Firm
      3218 O Street, N.W.
      Suite Two
      Washington, D.C.  20007

      Harry Tun
      400 Fifth Street, N.W.
      Suite 300
      Washington, D.C. 20001

      Perham Gorji and Steven B. Wasserman

Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Douglas James Wood
Roberts and Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, MD 20737