CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

| UNITED STATES | : | |
| | : | Criminal No. 06-208 (GK) |
| *v.* | : | |
| | : | |
| FRANK BERKELEY | : | |
| | : | |

___

### ORDER

This matter comes before the Court upon consideration of the Defendant's Motion to Withdraw Plea. Having reviewed the motion, the record and any opposition thereto, it is this ____ day of _____, 2007, hereby:

**ORDERED**, that the plea is withdrawn,

_____
**GLADYS KESSLER**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Harry Tun, Esq.
Counsel for Frank Berkeley
400 Fifth Street, NW
Suite 300
Washington, DC 20001

Perham Gorji, Esq.
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530