**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.  20001**

| | |
|---|---|
| UNITED STATES : | |
| : | Criminal No. 06-208 (GK) |
| *v*. : | |
| : | |
| FRANK BERKELEY : | |
| : | |

## CONSENT MOTION FOR CONTINUANCE

The Defendant Frank Berkeley (hereinafter "Berkeley"), by and through the undersigned counsel and asks this Court to continue the sentencing date now set for March 12th, 2007, at 10:45 a.m., until April 5th, 2007, in support of this motion the defendant states as follows:

1. On October 5th, 2006, undersigned counsels filed a Motion for Substitution of Counsel to enter their appearance as attorneys of record for Mr. Berkeley.

2. On October 9th, 2006, this Honorable Court granted this motion.

3. On October 12th, 2006, government counsel, Perham Gorji filed an unopposed motion to continue Mr. Berkeley's sentencing to January 10th, 2007 or thereafter at a dated convenient to the parties.  Government counsel did contact the undersigned for possible dates and the undersigned consented to the government's motion to continue.  However, undersigned counsel has learned that January 10th 2007 is no longer available date for undersigned counsel as suggested by the government, due to other trial matters.  Moreover, after receiving the file from Mr. Berkeley's prior counsel, Douglas Woods, undersigned counsel has learned that there may be matters that need to be investigated with the possibility of filing motions on behalf of Mr. Berkeley.

4.      Undersigned counsel, on behalf of Mr. Berkeley, file the Motion to Withdraw plea on February 14th 2007 and the Government filed its opposition on February 22, 2007.  The defendant filed it reply on or about March 5th 20007.

5.      Undersigned counsel is currently in trial before the Honorable Robert L .Richter in the case captioned *United States v. Bryan Hawkins*.  This case is expected to take four days not including jury deliberation.

6.      Undersigned Counsel for Mr. Berkeley has directly spoken to Assistant U.S. Attorney Perham Gorji and he is unopposed to this motion and continuing the status date for the date March 12th, 2007.

7.      Further, undersigned counsel  and the government counsel are available for motion hearing in this matter on April 5th 2007.

Wherefore counsel for Mr. Berkeley, requests that this motion be granted.  A proposed Order is attached.

> Respectfully submitted,
>
> /s/ Harry Tun
> Harry Tun DC#416262
> 400 Fifth Street, N.W., Suite 300
> Washington, DC 20001
> 202-393-2882

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th,day of  March, 2007, a copy of the foregoing to be delivered by electronic e-mail to Perham Gorji, Assistant United States Attorney, Federal Major Crimes Section, 555 Fourth Street, N.W., Washington, D.C. 20530.

> /s/ Harry Tun
> Harry Tun, Esquire