CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

| | | |
|---|---|---|
| UNITED STATES | : | **FILED** |
| v. | : Criminal No. 06-208 (GK) | MAR 0 8 2007 |
| FRANK BERKELEY | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### ORDER

WHEREUPON, having considered the Defendant's Motion to Continue, and there being no Government objection thereto, and the record before the Court, it is hereby

**ORDERED**, that the motion is GRANTED, and

**IT IS FURTHER ORDERED**, that the status hearing date set for March 12th, 2007 will be vacated and the new status date will be ~~April 5th, 2007 at~~ *April 12, 2007 at 11 a.m.*[1]

*March 8, 2007*

*Gladys Kessler*
GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Copies to:

Harry Tun, Esq.
Counsel for Frank Berkeley
400 Fifth Street, NW
Suite 300
Washington, DC 20001

Perham Gorji, Esq.
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530

[1] *The Court is not available on the date proposed by counsel.*