**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

| | |
|---|---|
| UNITED STATES : | |
| : | Criminal No. 06-208 (GK) |
| *v*. : | |
| : | |
| FRANK BERKELEY : | |
| : | |

## CONSENT MOTION FOR CONTINUANCE

The Defendant Frank Berkeley (hereinafter "Berkeley"), by and through the undersigned counsel and asks this Court to continue the sentencing date now set for April 12th, 2007, at 11:00 a.m., until June 21st, 2007. In support of this motion the defendant states as follows:

1. On October 5th, 2006, undersigned counsels filed a Motion for Substitution of Counsel to enter their appearance as attorneys of record for Mr. Berkeley.

2. On October 9th, 2006, this Honorable Court granted this motion.

3. On October 12th, 2006, government counsel, Perham Gorji filed an unopposed motion to continue Mr. Berkeley's sentencing to January 10th, 2007 or thereafter at a dated convenient to the parties. Government counsel did contact the undersigned for possible dates and the undersigned consented to the government's motion to continue. However, undersigned counsel has learned that January 10th 2007 is no longer available date for undersigned counsel as suggested by the government, due to other trial matters. Moreover, after receiving the file from Mr. Berkeley's prior counsel, Douglas Woods, undersigned counsel has learned that there may

be matters that need to be investigated with the possibility of filing motions on behalf of Mr. Berkeley.[1]

    4.    Undersigned counsel, on behalf of Mr. Berkeley, file the Motion to Withdraw plea on February 14th 2007 and the Government filed its opposition on February 22, 2007. The defendant filed it reply on or about March 5th 20007.

    5.    Undersigned counsel is currently in trial before the Honorable Neal E. Kravitz in the case captioned *United States v. Kent Loggins*. This case is expected to take four days not including jury deliberation.

    6.    Undersigned Counsel for Mr. Berkeley has directly spoken to Assistant U.S. Attorney Perham Gorji and he is unopposed to this motion and continuing the status date for the date April 12th, 2007.

    7.    Further, undersigned counsel and the government counsel are available for motion hearing in this matter on June 21st 2007.

    8.    Moreover, undersigned counsel is expected to call at least one witness during the hearing on Motion to withdraw.[2]

Wherefore counsel for Mr. Berkeley, requests that this motion be granted. A proposed Order is attached.

                        Respectfully submitted,

                        /s/ Harry Tun
                        Harry Tun DC#416262
                        400 Fifth Street, N.W., Suite 300
                        Washington, DC 20001
                        202-393-2882

---

[1] Undersigned counsel filed 3 separate motion to continued (one of which was consent) was denied and the trial is to begin on April 9th 2007.
[2] This Court has stated last hearing that counsel must notify the court if either side decided to call any witnesses.

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 9th day of April, 2007, a copy of the foregoing to be delivered by electronic e-mail to Perham Gorji, Assistant United States Attorney, Federal Major Crimes Section, 555 Fourth Street, N.W., Washington, D.C. 20530.

                                                            <u>/s/ Harry Tun</u>
                                                            Harry Tun, Esquire