CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | Criminal No. 06-208 (GK) |
| v. | : | |
| | : | |
| FRANK BERKELEY | : | |
| | : | |

FILED
APR 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

WHEREUPON, having considered the Defendant's Motion to Continue, and there being no Government objection thereto, and the record before the Court, it is hereby

ORDERED, that the motion is GRANTED, and

IT IS FURTHER ORDERED, that the status hearing date set for April 12th, 2007 will be vacated and the new status date will be June 21st, 2007 at 2:30p.m.

GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Copies to:

Harry Tun, Esq.
Counsel for Frank Berkeley
400 Fifth Street, NW
Suite 300
Washington, DC 20001

Perham Gorji, Esq.
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530