# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO.  06-208 (GK)** |
| | : | |
| **FRANK BERKELEY** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

### NOTICE OF FILING

The government requests that the attached discovery letter, dated June 20, 2007, without enclosures, be made part of the record in this case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By:    _____/s/_____
Perham Gorji
Assistant United States Attorney
Delaware Bar No. 3737
U.S. Attorney's Office
555 4th Street, N.W., Rm. 8253
Washington, D.C. 20530
(202) 514-5060

### Certificate of Service

I hereby certify that a copy of the Notice of Filing and discovery letter dated June 20, 2007, with enclosures, were served by hand upon counsel of record for the defendant, Harry Tun, Esquire, 400 Fifth Street, N.W., #300, Washington, D.C. 20001, this __20th__ day of June, 2007.

_____/s/_____
Assistant United States Attorney