

**U.S. Department of Justice**

United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20001*

June 20, 2007

Harry Tun, Esquire
400 Fifth Street, N.W., #300
Washington, D.C. 20001
(202) 393-2882
Fax: 202-783-5407

        Re:    United States v. Frank Berkeley
                  Case No. 06-208 (GK)

Dear Counsel:

      I am writing to provide you with certain information in response to your request for discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure with respect to the upcoming motion to withdraw guilty plea. Enclosed are copies of transcripts previously provided in discovery relating to the drug sales charged in this case, as well as the recorded telephone conversations leading up to the transactions. In addition, I am enclosing a copy of the statement of probable cause in Maryland criminal case number CT000706B. Lastly, the government anticipates presenting testimony regarding the crack cocaine, firearm and money that were recovered at the time of the defendant's arrest on July 19, 2006. The government submits such evidence is relevant to the issue of predisposition raised by the motion. See United States v. Kelly, 748 F.2d 691, 699 (D.C. Cir. 1984) (subsequent events relevant to issue of predisposition where entrapment defense raised); United States v. Lego, 855 F.2d 542, 546 (8th Cir. 1988) (defendant's subsequent acts relevant to defendant's state of mind at earlier time); United States v. Roland, 748 F.2d 1321, 1327 (2d Cir. 1984) (subsequent conduct admissible to prove predisposition); United States v. Mack, 643 F.2d 1119, 1121 (7th Cir. 1981).

      If you have any questions about the information provided above, you may contact me by telephone, fax, mail, or e-mail.

    Perham Gorji
    Office of the United States Attorney
    Federal Major Crimes Section
    Room 4233
    555 Fourth Street, N.W.
    Washington, D.C. 20530

| | |
|---|---|
| Office: | 202-514-5060 |
| Fax: | 202-514-6010 |
| E-mail: | perham.gorji@usdoj.gov |

If you file any pleading in this case, please note that our zip code has changed recently to 20530.  Also, please fax any pleadings or correspondence so that we may be assured receipt of the document.

Sincerely,

JEFFREY A. TAYLOR
United States Attorney


By:

PERHAM GORJI
Assistant United States Attorney


cc: District Court Case File (without attachments)