# AFFADAVIT OF FRANK BERKELEY

I, Frank Berkeley, under the penalty of perjury hereby states as follow:

1. I am the same person who has been charged and pled guilty in the matte of United States of America v. Frank Berkeley, 1:06-cr-208.

2. I had retained Mr. Douglas Wood as my counsel prior to hiring my present counsel. Billy Ponds, Esquire and the Pond Law Firm.

3. While I had Mr. Wood as my counsel prior to plea, I only saw him twice and may be once with another lawyer from his firm.

4. Each time I saw Mr. Wood, he will only spend less than fifteen minutes or so. Both of the times that Mr. Wood saw me in jail, he could not show me the video tape or audio tape due to his computer could not display the CDs. Further, he did not go over the discovery with me.

5. He did not investigate my case and I never saw any investigator from his office.

6. I told Mr. Wood that the informant Harold Holden was the father of my child's mother. I also told him that Mr. Holden called me numerous times before I had a drug deal with him. Further, I told him that Mr. Holden has threaten me with bodily harm as well as told me that if I do not deal with him he will make sure that I will not see my girl friend at that time and her children whom I loved dearly.

7. In fact, he left a letter at my child's mother house specifically stating that if I do not deal with him, I will not be able to see my girl friend[1] and her children.

8. I have heard that Mr. Holden had served time and that he is capable of harming people. After I read the letter sent by Mr. Holden, I was sure that he is capable of harming my children and my girl's friend the children.

9. At that point, I was afraid for my life as well other people closed to me. Though, I knew that Mr. Holden as served some time in jail, I also knew that he could be dangerous.

---
[1] Since then my girl friend has given a birth to my child.

10. I was not involved in any illegal activities at that time because I was on active probation prior to transacting illegal drug transaction with him..

11. I, finally, relented and decided to get drugs and sold him so that I can keep my girl friend (now my child mother) and her children from harm way also to be able to stay with my girl friend and her children whom I really loved.

12. I would never had sold the drugs to Mr. Holden if he had not repeatedly asking me for drugs and threaten me and those who are close to me after I had told him I was not involved in drug dealing business because I was on active probation.

13. After he told me that I would not be able to see my girl friend and the children, I felt that I had no choice but to deal with him and keep doing it so that the people I loved would not be in harm way.

14. Mr. Wood also told me that I will not get more than 120 months for my guilty plea.

15. Mr. Wood told me that there is a chance that I may get deported. He also told me that the chances that I may get deported are highly unlikely since I have been in United States for past 20 years. Since I pled guilty, I found out that the offense I pled guilty is a per se deportable offense.

*Frank Berkeley*
Frank Berkeley

Sworn before me 26 June 2007

Notary Public *Trinita Davis*
My commission expired

TRINITA J. DAVIS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2011