UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Case Number: CR06-208(GK) |
| v. : | Judge Gladys Kessler |
| : | Next Court Date: No Date Set |
| FRANK BERKELEY, : | |
| : | |
| Defendant. : | |

===============================

### ORDER

THIS CAUSE having come before the Court on the Motion for an Enlargement of Time to File the Defendant's Post-Hearing Brief, and that Motion having been considered by the Court, and for good cause shown, it is this 21st day of August, 2007,

ORDERED, that the Motion for an Enlargement of Time to File the Defendant's Post-Hearing Brief is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the defense is granted an enlargement of time until the 27th day of August, 2007 to file the defendant's post-hearing brief.

Gladys Kessler
JUDGE

cc:   Harry Tun
      400 Fifth Street, NW
      Suite 300
      Washington, DC 20001

      Billy L. Ponds
      The Ponds Law Firm
      3218 O Street, NW
      Suite Two
      Washington, DC 20007

3

Perham Gorgi
Assistant United States Attorney
Office of the United States Attorney
555 4th Street, NW
Washington, DC 20530