**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Case Number: CR06-208(GK) |
| : | Judge Gladys Kessler |
| **FRANK BERKELEY,** : | Next Court Date: No Date Set |
| : | |
| **Defendant.** : | |

================================

### SECOND MOTION FOR AN ENLARGEMENT OF TIME TO FILE THE DEFENDANT'S POST-HEARING BRIEF

FRANK BERKELEY, by and through undersigned counsel, Harry Tun, and Billy L. Ponds, of The Ponds Law Firm, respectfully submit this Motion for an Enlargement of Time to File the Defendant's Post-Hearing Brief and request that this Court enter an order granting this Motion. As grounds for this request, counsel states as follows:

On August 9, 2007, an evidentiary hearing was held on the Defendant's Motion to Vacate the Guilty Plea. At the conclusion of this proceeding, the Court directed the parties to file a post-hearing brief by August 20, 2007. Based on the Court's directive, counsels for the defendant agreed that co-counsel Billy L. Ponds (hereinafter Mr. Ponds) would prepare the post-hearing brief for filing with the Court.

On Monday, August 13 and Tuesday, August 14, 2007, Mr. Ponds was treated at the Georgetown University Hospital Emergency Room as a result of issues related to hypertension and other cardiac related symptoms.

On Wednesday, August 15 and Monday, August 20, 2007, Mr. Ponds was examined by his cardiologist, who revaluated the current medication prescribed to treat his hypertension and prescribed new medication. Furthermore, on August 20, 2007, as a part of Mr. Ponds' treatment plan, his cardiologist fitted him with a holster heart monitor

for twenty four (24) hours. If the Court requires documentation concerning Mr. Ponds' medical treatment and condition, he is willing to provide such documentation provided that it can be filed under seal.

Due to the medical related reason, Motion for Enlargement of Time to File the Post Hearing brief on or about August 20, 2007 and this Court granted the Motion.

Unfortunately, lead counsel for Mr. Berkeley is still struggling with his health issue and had to return to the emergency room at least once and was prescribed numerous different medications. Moreover, If the Court requires documentation concerning Mr. Ponds' medical treatment and condition, he is willing to provide such documentation provided that it can be filed under seal.

Given Mr. Ponds' medical issues as referenced above, counsels for the defendant respectfully requests ten days enlargement of time, until Thursday, September 6th 2007, to file the defendant's post-hearing brief.

WHEREFORE, for the reasons stated herein, undersigned counsel respectfully requests that this Court grant the Motion for an Enlargement of Time to File the Defendant's Post-Hearing Brief.

    Frank Berkeley
    By Counsel

Respectfully submitted,

_____/s/_____
Harry Tun, Esquire
Bar Number 416262
400 Fifth Street, NW
Suite 300
Washington, DC 20001
(202) 333-2922

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and complete copy of the Motion for an Enlargement of Time to File the Defendant's Post-Hearing Brief was sent via electronic case filing system to Perham Gorgi, Assistant United States Attorney, Office of the United States Attorney, 555 4th Street, NW, Washington, DC 20530 on this 20th day of August 2007.

                                                  /s/
                                              Harry Tun

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Case Number: CR06-208(GK) |
| : | Judge Gladys Kessler |
| **FRANK BERKELEY,** : | Next Court Date: No Date Set |
| : | |
| **Defendant.** : | |

===============================

## ORDER

THIS CAUSE having come before the Court on the Motion for an Enlargement of Time to File the Defendant's Post-Hearing Brief, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that the Motion for an Enlargement of Time to File the Defendant's Post-Hearing Brief is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the defense is granted an enlargement of time until the _____ day of _____, 2007 to file the defendant's post-hearing brief.

_____
JUDGE

cc: Harry Tun
    400 Fifth Street, NW
    Suite 300
    Washington, DC 20001

    Billy L. Ponds
    The Ponds Law Firm
    3218 O Street, NW
    Suite Two
    Washington, DC 20007

4

Perham Gorgi
Assistant United States Attorney
Office of the United States Attorney
555 4th Street, NW
Washington, DC 20530