**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Case Number: CR06-208(GK)** |
| | : | **Judge Gladys Kessler** |
| **FRANK BERKELEY,** | : | **Next Court Date: No Date Set** |
| | : | |
| **Defendant.** | : | |

==================================

**ORDER**

THIS CAUSE having come before the Court on the Motion for an Enlargement of Time to File the Defendant's Post-Hearing Brief, and that Motion having been considered by the Court, and for good cause shown, it is this _______ day of ___________________, 2007,

ORDERED, that the Motion for an Enlargement of Time to File the Defendant's Post-Hearing Brief is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the defense is granted an enlargement of time until the ________ day of ________________________, 2007 to file the defendant's post-hearing brief.

_________________________________
JUDGE

cc: Harry Tun
400 Fifth Street, NW
Suite 300
Washington, DC 20001

Billy L. Ponds
The Ponds Law Firm
3218 O Street, NW
Suite Two
Washington, DC 20007

Perham Gorgi
Assistant United States Attorney
Office of the United States Attorney
555 4th Street, NW
Washington, DC 20530