UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  :
:
v.  :  Case Number: CR06-208(GK)
:  Judge Gladys Kessler
FRANK BERKELEY,  :  Next Court Date: No Date Set
:
Defendant.  :

**FILED**

AUG 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

THIS CAUSE having come before the Court on the Motion for an Enlargement of Time to File the Defendant's Post-Hearing Brief, and that Motion having been considered by the Court, and for good cause shown, it is this 28th day of August, 2007,

ORDERED, that the Motion for an Enlargement of Time to File the Defendant's Post-Hearing Brief is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the defense is granted an enlargement of time until the 17th day of September, 2007 to file the defendant's post-hearing brief.

Gladys Kessler
JUDGE

cc:  Harry Tun
     400 Fifth Street, NW
     Suite 300
     Washington, DC 20001

     Billy L. Ponds
     The Ponds Law Firm
     3218 O Street, NW
     Suite Two
     Washington, DC 20007

4