UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case Number: CR06-208(GK) |
| : | Judge Gladys Kessler |
| FRANK BERKELEY, : | Next Court Date: No Date Set |
| : | |
| Defendant. : | |

## MOTION FOR LEAVE TO LATE FILE THE DEFENDANT'S POST-HEARING BRIEF ONE DAY LATE

FRANK BERKELEY, by and through undersigned counsel, Harry Tun, and Billy L. Ponds, of The Ponds Law Firm, respectfully submit this Motion for Leave to Late File the Defendant's Post-Hearing Brief One Day Late and request that this court enter an order granting this Motion. As grounds for this request, counsel states as follows:

The defendant's post-hearing brief was due to be filed with this court on September 11, 2007. For the reasons stated in the motions for enlargement of time to file the defendant's post-hearing brief previously filed with this court, counsel was unable to complete the defendant's post-hearing brief for filing with the court until the date this motion is being filed.

Accordingly, counsel respectfully requests that this court grant this Motion for Leave To Late File the Defendant's Post-Hearing Brief One Day Late and accept the defendant's post-hearing brief for filing.

WHEREFORE, for the reasons stated herein, undersigned counsel respectfully requests that this court grant the Motion for Leave to Late File the Defendant's Post-Hearing Brief One Day Late.

Frank Berkeley
By Counsel

Respectfully submitted,

/s/
_____

Billy L. Ponds
The Ponds Law Firm
Bar Number 379883
3218 O Street, NW
Suite Two
Washington, DC 20007

/s/
_____

Harry Tun, Esquire
Bar Number 416262
400 Fifth Street, NW
Suite 300
Washington, DC 20001
(202) 333-2922

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the Motion for Leave to Late File the Defendant's Post-Hearing Brief One Day Late was sent via electronic case filing system to Perham Gorgi, Assistant United States Attorney, Office of the United States Attorney, 555 4th Street, NW, Washington, DC 20530 on this 20th day of August 2007.

/s/
_____

Harry Tun