UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case Number: CR06-208(GK) |
| v. | : | Judge Gladys Kessler |
| | : | Next Court Date: No Date Set |
| FRANK BERKELEY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

THIS CAUSE having come before the Court on the Motion for Leave to Late File the Defendant's Post-Hearing Brief One Day Late, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that the Motion for Leave to Late File the Defendant's Post-Hearing Brief One Day Late is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the defendant's post-hearing brief is hereby accepted for filing by this Court.

_____
JUDGE

cc:   Harry Tun
      400 Fifth Street, NW, Suite 300
      Washington, DC 20001

      Billy L. Ponds
      The Ponds Law Firm
      3218 O Street, NW
      Suite Two
      Washington, DC 20007

      Perham Gorgi
      Assistant United States Attorney
      Office of the United States Attorney
      555 4th Street, NW
      Washington, DC 20530