UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,  :
                           :
v.                         :   Case Number: CR06-208(GK)
                           :   Judge Gladys Kessler
FRANK BERKELEY,            :   Next Court Date: No Date Set
                           :
Defendant.                 :

**FILED**
SEP 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

THIS CAUSE having come before the Court on the Motion for Leave to Late File the Defendant's Post-Hearing Brief One Day Late, and that Motion having been considered by the Court, and for good cause shown, it is this _____ day of September, 2007,

ORDERED, that the Motion for Leave to Late File the Defendant's Post-Hearing Brief One Day Late is hereby GRANTED,

AND IT IS FURTHER ORDERED, that the defendant's post-hearing brief is hereby accepted for filing by this Court.

_____
JUDGE

cc:   Harry Tun
      400 Fifth Street, NW, Suite 300
      Washington, DC 20001

      Billy L. Ponds
      The Ponds Law Firm
      3218 O Street, NW
      Suite Two
      Washington, DC 20007

      Perham Gorgi
      Assistant United States Attorney
      Office of the United States Attorney
      555 4th Street, NW
      Washington, DC 20530