UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 06-208 (GK) |
| FRANK BERKELEY, | : **FILED** |
| Defendant. | : OCT 1 6 2007 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Before the Court is Defendant, Frank Berkeley's Motion to withdraw his guilty plea. Upon consideration of the Motion, the Opposition, the Reply, the evidentiary hearing held on August 9, 2007, the post-hearing Memoranda, the applicable case law, and the entire record herein, it is hereby

**ORDERED**, that the Motion should be **denied**; and it is further

**ORDERED**, that a Presentence Investigation Report shall be filed no later than **December 20, 2007**, and it is further

**ORDERED**, that sentencing in this case shall be held on **January 3, 2008, at 4:15 p.m.**

October 16, 2007

/s/ Gladys Kessler
Gladys Kessler
United States District Judge