UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| : | Criminal No. 06-208 (GK) |
| v. : | |
| : | |
| FRANK BERKELEY : | |
| : | |

## UNOPPOSED MOTION FOR CONTINUE SENTENCING

The Defendant Frank Berkeley (hereinafter "Berkeley"), by and through the undersigned counsel and asks this Court to continue the sentencing date now set for January 3rd, 2008, at 4:00 p.m., until February 5th, or 7th or 12th, 2008. In support of this motion the defendant states as follows:

1. On October 5th, 2006, undersigned counsels filed a Motion for Substitution of Counsel to enter their appearance as attorneys of record for Mr. Berkeley.

2. On October 9th, 2006, this Honorable Court granted this motion.

3. On October 12th, 2006, government counsel, Perham Gorji filed an unopposed motion to continue Mr. Berkeley's sentencing to January 10th, 2007 or thereafter at a dated convenient to the parties.

4. Undersigned counsel, on behalf of Mr. Berkeley, file the Motion to Withdraw plea on February 14th 2007 and the Government filed its opposition on February 22, 2007. The defendant filed it reply on or about March 5th 20007.

5. On August 9th 2007, the evidentiary hearing on Defendant's Motion to withdraw his plea was held and On October 16th 2007, this Honorable Court issued the Memorandum Opinion denying the defendant's Motion.

6. Thereafter, this Honorable Court set the sentencing on January 3rd 2008, at 4:15 p.m.

7. Mr. Berkeley requested that both of his attorneys appear on his sentencing and that he very much like Billy L. Ponds, Esquire to speak on his behalf at his sentencing. Mr. Ponds will be out of this jurisdiction on his Christmas holidays until second week of January, 2008.

8. Undersigned Counsel for Mr. Berkeley has directly spoken to Assistant U.S. Attorney Perham Gorji and he is unopposed to this motion.

9. All counsel are available on February 5th, 7th and 12th, 2008, if the Court deem aforementioned dates are appropriate.

Wherefore counsel for Mr. Berkeley, requests that this motion be granted. A proposed Order is attached.

Respectfully submitted,

/s/ Harry Tun
Harry Tun DC#416262
400 Fifth Street, N.W., Suite 300
Washington, DC 20001
202-393-2882

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 5th day December, 2007, a copy of the foregoing to be delivered by electronic e-mail to Perham Gorji, Assistant United States Attorney, 555 Fourth Street, N.W., Washington, D.C. 20530.

                                                   /s/ Harry Tun
                                                   Harry Tun, Esquire