UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| | : Criminal No. 06-208 (GK) |
| v. | : |
| | : |
| FRANK BERKELEY | : |
| | : |

ORDER

WHEREUPON, having considered the Defendant's Consent Motion to Continue, and there being no Government objection thereto, and the record before the Court, it is hereby

**ORDERED**, that the motion is GRANTED, and

**IT IS FURTHER ORDERED**, that the sentencing hearing in this matter will occurred on Feb. 12, 2008 at 4:30 p.m.

Dec. 6, 2007

GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Copies to:

Harry Tun, Esq.
Counsel for Frank Berkeley
400 Fifth Street, NW
Suite 300
Washington, DC 20001

Perham Gorji, Esq.
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC 20530