UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | DOCKET NO.: 06-208-01 |
| | ) | |
| Frank Berkeley | ) | **FILED** |

**FILED**
JAN 0 9 2008
Clerk, U.S. District and
Bankruptcy Courts

<u>O R D E R</u>

The U.S. Probation Office completed and disclosed the Presentence Report on November 21, 2007. The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the defendant.

Accordingly, it is by the Court, this 9th day of Jan., 20 08

**ORDERED,** that within five days of the date of this Order, counsel for the defendant shall execute the receipt and acknowledgment form and counsel for the defendant shall hand-deliver the same to the U.S. Probation Office.

_____
**Gladys Kessler**
**Judge**

_____1/9/08_____
**DATE**