HONORABLE GLADYS KESSLER, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

FEB 12 2008

Clerk, U.S. District and
Bankruptcy Courts

| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-06-208-01</u> |
| --- | --- | --- |
|  | : |  |
| vs. | : | SSN: __ |
|  | : |  |
| BERKELEY, Frank | : | Disclosure Date: <u>November 21, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        12/3/07
Prosecuting Attorney                        Date

### For the Defendant
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____        _____
Defendant        Date                     Defense Counsel        Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>December 4, 2007</u>, to U.S. Probation Officer <u>Tennille Losch</u>, telephone number <u>(202) 565-1385</u>, fax number <u>(202) 273-0242</u>

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Gennine A. Hagar, Chief
      United States Probation Officer

Receipt and Acknowledgment                                                                 Page 2

See letter dated December 3, 2007, attached hereto.

Signed by: _____
(Defendant/Defense Attorney/(AUSA))

Date: 12/3/07