**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.  20001**

| | |
|---|---|
| UNITED STATES | : |
| | : Criminal No. 1:06-cr-208 (GK) |
| *v*. | : |
| | :                                : |
| FRANK BERKELEY | : |

_____

**NOTICE OF APPEAL**

     Notice is hereby given that Frank Berkeley above named defendant, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the order entered in this action on the 2nd day of February, 2008.  The defendant hereby appeals all issues in his case including but not limited to the Order denying his Motion to Withdraw his Guilty plea and his sentence.

                        Frank Berkeley
                        By Counsel


                        Respectfully submitted,

                         /s/ Billy L. Ponds
                        Billy L. Ponds
                        The Ponds Law Firm
                        Bar No.: 379883
                        3218 O Street, NW
                        Suite Two
                        Washington, D.C. 20007
                        Phone: 202-333-2922
                        Fax:    202-333-4114
                        e mail: PLF@aol.com
                                  /s/
                        Harry Tun, Esquire
                        Bar Number 416262
                        400 Fifth Street, NW
                        Suite 300
                        Washington, DC 20001
                        Phone: (202) 333-2922
                        Fax:    (202) 783-5407
                        e mail: tunharry@aol.com

## Certificate of Service

I HEREBY CERTIFY that on this 19th day of February 2008, a true and correct copy of the foregoing Defendant's Motion was to delivered by electronic e-filing to:

Perham Gorji
Assistant United States Attorney
Office of the United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, DC  20530

_____/s/_____
Harry Tun
Bar Number 416262
400 Fifth Street, NW
Suite 300
Washington, DC 20001
Phone: (202) 333-2922
Fax:    (202) 783-5407
e mail: tunharry@aol.com